# LICENSE AGREEMENT

**THIS LICENSE AGREEMENT** is made this 17th day of May, 2010, between **GALLERY RESTAURANT GROUP, LLC**, a Florida limited liability company (sometimes referred to herein as "**Gallery**") and **REM COUSINS, LLC**, a Florida limited liability company ("**REM**"). **BURRITO GALLERY & BAR, LLC, UPTOWN MARKET & DELI, LLC, J. PAUL SHOCKEY, EDDY E. ESCRIBA, ANTONIO ALLEGRETTI, MARCO MONROY** and **SHAWN LEDNICK** are also parties to this Agreement.

## RECITALS

**WHEREAS**, J. Paul Shockey, Eddy E. Escriba, Antonio Allegretti, Marco Monroy and Shawn Lednick are all members of Gallery Restaurant Group, LLC, a Florida limited liability company, with each owning a twenty percent (20%) interest; and

**WHEREAS**, J. Paul Shockey is the sole manager of Gallery Restaurant Group, LLC; and

**WHEREAS**, Gallery Restaurant Group, LLC is the sole owner and manager of Burrito Gallery & Bar, LLC, a Florida limited liability company; and

**WHEREAS**, Gallery Restaurant Group, LLC is the sole owner and manager of Uptown Market & Deli, LLC; and

**WHEREAS**, Burrito Gallery & Bar, LLC ("Burrito Gallery") has developed and owns names, trademarks, intellectual property, goodwill, and propriety information that it desires to license and protect; and

**WHEREAS**, Uptown Market & Deli, LLC ("Uptown Market") has developed and owns names, trademarks, intellectual property, goodwill, and propriety information that it desires to license and protect; and



EXHIBIT B

**WHEREAS**, J. Paul Shockey, Antonio Allegretti, Eddy Escriba, Marco Monroy and Shawn Lednick, as members of Gallery Restaurant Group, LLC and on behalf of said LLC, have discussed franchising and/or licensing the proprietary information, theme and name of the Burrito Gallery for purposes of forming or opening other restaurants with the same name and similar menu items and business processes; and

**WHEREAS**, without the knowledge and consent of the other members of Gallery, and without the knowledge and consent of the manager of Gallery, Eddy Escriba and Marco Monroy formed REM which is owned by Marco Monroy, Eddy Escriba and Josh Rodas, with each owning a one-third (1/3) interest; and

**WHEREAS**, it was the intention of Marco Monroy, Eddy Escriba and REM to operate a restaurant at 1333 Third Street North, Jacksonville, Florida 32250, using the proprietary information, theme, menu items and name, that belonged to the Burrito Gallery & Bar, LLC, such as the name "BGX" which was intended to stand for "Burrito Gallery Express" and to capitalize on the goodwill that Burrito Gallery has developed and which is associated with the Burrito Gallery name; and

**WHEREAS**, because it was the intention of Gallery to franchise and expand the Burrito Gallery to other locations through franchising, licensing or other legal means, for the financial benefit of the Gallery, the other members of Gallery, J. Paul Shockey, Antonio Allegretti and Shawn Lednick, strenuously objected to Eddy Escriba and Marco Monroy's intention to, through REM, capitalize and financially benefit from the unauthorized use of Burrito Gallery's proprietary information and its name, for their own personal benefit and not for the benefit of Gallery; and

**WHEREAS**, as a result of such dispute, the parties entered into an Operating Agreement Outline, Terms & Conditions, a copy of which is attached as Exhibit "A" hereto; and

**WHEREAS**, the parties desire to further clarify and define their respective obligations in this Agreement and the provisions of this Agreement shall supersede and control over those set forth in the Operating Agreement Outline, Terms & Conditions attached as Exhibit "A".

**NOW THEREFORE**, in consideration of the mutual covenants set forth herein and other valuable consideration, the receipt and sufficiency of which is acknowledged, all parties agree as follows:

1. **Recitals**. The Recitals set forth above are true and incorporated herein by reference.

2. **Managing Member**. Gallery is owned as set forth in the recitals and J. Paul Shockey is the sole manager of Gallery.

3. **Sole Ownership**. Gallery is the sole owner, member and manager of Burrito Gallery and the sole owner, member and manager of Uptown Market.

4. **Burrito Gallery Intellectual Property**. Burrito Gallery is the owner of the following intellectual and proprietary information:

   a. The name "Burrito Gallery & Bar";

   b. The name "BG Gallery";

   c. Any variation of the name "Burrito Gallery" or "BG" as an abbreviation for Burrito Gallery;

   d. The name "BGX" which stands for Burrito Gallery Express;

e. The name "BG Green" which is a sauce sold by Burrito Gallery;

f. The process used by Burrito Gallery to prepare the burritos itself; and

g. Its menu items.

5. **Uptown Market Intellectual Property**. Uptown Market is the owner of the following intellectual and proprietary information:

a. The name "Uptown Market & Deli";

b. The name "The Urban Pickle";

c. The restaurant themes;

d. The specials;

e. The process used by Uptown Market to prepare its food; and

f. Its menu items.

6. **Fiduciary Duty**. J. Paul Shockey, Antonio Allegretti, Eddy Escriba, Marco Monroy and Shawn Lednick agree that each of them has a fiduciary duty to the Gallery Restaurant Group, LLC and its subsidiaries, including Burrito Gallery and Uptown Market. They agree that their intention is to allow all business opportunities that may arise in the future to be utilized by Gallery or its subsidiaries for the benefit of Gallery, of which they are each twenty percent (20%) owners, and they further agree that none of them will attempt to utilize any potential business opportunity that may arise and that could be used by Gallery or its subsidiaries, for their own personal gain.

7. **One Time License**. Burrito Gallery hereby grants to REM a one time license to operate a restaurant in Jacksonville Beach using the same theme and menu items utilized by the Burrito Gallery downtown as well as the name "BGX" or Burrito Gallery Express. The license fee is for one location only and that location is 1333 Third

Street North, Jacksonville Beach, Florida 32250. Upon execution of this Agreement, REM will pay the Burrito Gallery a license fee of $1,001.00. This is a non-exclusive license granted herein and Burrito Gallery shall have the right to grant similar licenses to other persons and/or franchise or use, in any manner, the name "Burrito Gallery Express". REM shall have no right to extend the license to other locations or to further license the proprietary information licensed herein. Any goodwill accruing by the use of the Burrito Gallery name (including "BGX" and /or "Burrito Gallery Express") shall enure to the Burrito Gallery and no such goodwill shall belong to REM.

8. **Monthly License Fees**. So long as this license is in effect, REM shall pay to Burrito Gallery, on or before the 20th day of each month, the sum of seven percent (7%) of the total gross monthly sales of REM for the prior month. Such payments shall be put into a segregated account, separate and apart from the Burrito Gallery operating account, and will be earmarked for expenses associated with preparation of a franchise model and expenses related to further franchising the Burrito Gallery name and business model. However, such funds may be utilized by Burrito Gallery for other purposes. If license fees are not paid by the 20th day of the month, there shall be a five percent (5%) late fee and payments not made after the 30th day of the following month shall be considered in default. At the time the license fee is paid, REM shall submit to Burrito Gallery its sales tax return for the prior month showing the gross sales reported to the State of Florida for purposes of calculating the license fee.

9. **Start-Up Capital for BGX**. All start-up capital for BGX shall be the responsibility of REM or its owners. The start-up costs include, but are not limited to, lease deposit and rent, equipment purchase, license inspection fee, payroll, inventory

and insurance. REM is allowed to use common vendors with Burrito Gallery but shall not comingle any of its operations or financial dealings with Burrito Gallery or Uptown Market.

10. **Advertising Approval**. Burrito Gallery shall have the right to approve, in advance, all advertising done by REM and shall have the right to approve the appearance of, and the business practices, of REM. REM shall be operated in a professional and business-like manner such that it enhances the goodwill of the Burrito Gallery name and does not diminish or detract from the name. REM shall comply with all reasonable requests made by Burrito Gallery to conform its business practices to those that would positively add to its image and to the goodwill associated with the Burrito Gallery name. All advertising shall be submitted to Burrito Gallery at least ten (10) days in advance of being published so that it may be approved. No unapproved advertising may be made by REM.

11. **Financial Reporting**. REM shall report to Burrito Gallery once a month and provide records of its operations including disclosure of profit and loss statements, balance sheets, tax returns, payroll records, advertising and all other business records. Failure to make full disclosure of all financial records shall be considered a default under this Agreement.

12. **Further Agreement**. In the event that, in order to legally create or implement the agreement granted herein, any further agreements are necessary to comply with franchising laws, licensing laws or any other laws in effect, the parties agree to enter into such further agreements as are necessary to fully effectuate this

Agreement and give it fullest possible meaning. The invalidity of any provision hereof shall not invalidate any other provision of this Agreement.

13. **Default**. In the event of a default under the terms of this Agreement, Burrito Gallery has the right to revoke the license granted herein, in which event REM shall immediately cease using the name BGX and stop using Burrito Gallery Express or any similar name involving the words "Gallery", "Express" or any name designed to draw upon the goodwill of the Burrito Gallery's names. Further, in the event of a default on this Agreement, Marco Monroy and Eddy Escriba shall have the obligation to sell, and Gallery Restaurant Group, LLC shall have the right (but not the obligation) to purchase, Marco Monroy's and Eddy Escriba's interest in Gallery for book value determined as of January 1st of the year of the default. Eddy Escriba and Marco Monroy agree that, in the event of a default on this Agreement by either of them or by REM, or in the event of a claim by any party hereto, that either of them has breached a fiduciary duty as described in paragraph 5, then neither of them shall have any right to indemnification by Gallery or any other party.

14. **Venue**. This Agreement shall be interpreted, construed and governed by the laws of the State of Florida. If either party seeks to enforce this Agreement through legal action, the prevailing party shall be entitled to recover its attorney's fees and costs.

15. **Waiver of Jury Trial**. The parties hereby waive any right to a jury trial arising out of any dispute in connection with this Agreement. Venue in connection with any litigation arising out of any dispute between any parties shall be exclusively in Duval County, Florida.

**IN WITNESS WHEREOF**, the parties have hereunto executed this Agreement as of the day and year first above written.

**GALLERY RESTAURANT GROUP, LLC**, a Florida limited liability company

By: ______________________
J. Paul Shockey
Its: Manager

**REM COUSINS, LLC**, a Florida limited liability company

By: ______________________
Print Name: Marco V. Monroy
Its: Manager

**BURRITO GALLERY & BAR, LLC**, a Florida limited liability company

By: ______________________
J. Paul Shockey
Its: Manager of Gallery Restaurant Group, LLC

**UPTOWN MARKET & DELI, LLC**, a Florida limited liability company

By: ______________________
J. Paul Shockey
Its: Manager of Gallery Restaurant Group, LLC

J. PAUL SHOCKEY

EDDY E. ESCRIBA

ANTONIO ALLEGRETTI

MARCO MONROY

SHAWN LEDNICK

**Operating Agreement Outline, Terms & Conditions:**

*By & Between,*

Gallery Restaurant Group, LLC (GRG)
Rodas, Escriba, Monroy, LLC (REM)

**Date: April 15, 2010**

**Item 1:** It is agreed that REM can purchase from the GRG a "One-Time License" to operate a restaurant at Jax Beach using the same theme and menu items from the Burrito Gallery (BG) downtown. The License and fee for the Burrito Gallery Express (BGX) is for one location only. The consideration for the BGX License will be $1,001.

**Item 2:** REM agrees to pay 7% of the gross monthly sales to GRG. Those payments will be put in a "Special Account" separate from the operating accounts. The funds will be ear-marked for expenses associated with the formation of the Franchise Model. License payments will be paid monthly after the 20th day and considered late after the 30th. Payments later than 30 days will be considered a default of the Operating Agreement and will terminate the License Agreement. Calculation of the "License Fee" is based on the gross sales reported to the State on the DR-15 Sales Tax reporting form.

**Item 3:** All start-up capital for BGX is provided by REM. Start-up cost includes, but is not limited to: Lease deposit and rent, equipment purchases, license and inspection fees, payroll, inventory, and insurance. REM is allowed to use common vendors but can not commingle with the operations of BG or Uptown Market (UM).

**Item 4:** REM is required to report and update business activities to GRG (Board/Owners) once a month. Full disclosure of operations, payroll, and advertising are mandatory. Failure to disclose pertinent information will be considered as non-compliance and subject to default of the Operating Agreement.

**Item 5:** The consequence or remedy for Non-Compliance or Default of the terms and conditions of the Operation Agreement is the termination of the employment position and the forfeiture of the shares or Owner percentage in the GRG.



**EXHIBIT "A"**

**Operating Agreement Outline, Terms & Conditions:**

***Cont.***

Agreed and signed by GRG Owners on this day of **April 15, 2010**…

J. Paul Shockey

Antonio Allegretti

Shawn Lednick

Eddy Escriba

Marco Monroy