HOLBROOK, AKEL, COLD, RAY & REICHARD, P.A.
ATTORNEYS AT LAW
ONE INDEPENDENT DRIVE, SUITE 2301
JACKSONVILLE, FLORIDA 32202-5059

EDWARD C. AKEL
KATHLEEN HOLBROOK COLD
DANIEL D. AKEL
H. LEON HOLBROOK, III
THOMAS R. RAY
BETHANY RAY REICHARD
MUSA K. FARMAND

H. LEON HOLBROOK
(1926-2005)

TELEPHONE
(904) 356-6311
FACSIMILE
(904) 356-7330

February 3, 2016

**VIA E-MAIL AND**
**REGULAR U.S. MAIL**

REM Cousins, LLC
Attn: Marco V. Monroy, General Manager
1421 N. Market Street
Jacksonville, FL 32206

RE: License Agreement

Dear Marco:

Our client, Burrito Gallery and Bar, LLC, has requested us to write you regarding REM Cousins' breach of the License Agreement dated May 17, 2010. REM is in breach of the License Agreement for several reasons which include, but are not limited to, the following:

1. REM has not paid the licensing fees pursuant to paragraph 8 of the License Agreement.

2. REM has not complied with the financial reporting requirements of paragraph 11 of the License Agreement.

3. REM has attempted to convert our client's trademark, "Burrito Gallery" to its own use and is unlawfully using that name.

As a result of REM's default under the terms of the License Agreement, Burrito Gallery hereby revokes the license granted to REM by the Agreement and demands that REM immediately cease and desist from using the name Burrito Gallery, Burrito Gallery Express or any similar names including the words "Gallery" or "Express" or any other name designed to draw upon the good will of the Burrito Gallery name. REM must also stop using the Burrito Gallery menu items.

Further, we are hereby advising you and Eddy Escriba that Gallery Restaurant Group is electing to exercise its right to purchase your ownership interest in Gallery Restaurant Group, LLC for book value in accordance with the terms of the License Agreement. Gallery Restaurant Group is ready, willing and able to purchase your

EXHIBIT
D

ownership interest. We will be in touch with you later regarding a time to close on the purchase of your stock.

We are also notifying you and Eddy Escriba that you have both breached your fiduciary duty to Burrito Gallery and Bar and to Gallery Restaurant Group by virtue of REM's attempt to misappropriate the Burrito Gallery trademark for the use of REM. Gallery Restaurant Group and Burrito Gallery will seek to recover from you all damages which it incurs as a result of such breach.

Sincerely,

H. Leon Holbrook, III

cc: Burrito Gallery and Bar, LLC
Mr. Eddy E. Escriba
Oscar Rodas, MD

GUNSTER
FLORIDA'S LAW FIRM FOR BUSINESS

Writer's Direct Telephone Number: (904) 350-7160
Writer's E-Mail Address: badams@gunster.com

February 10, 2016

**BY HAND DELIVERY**

Mr. Marco V. Monroy
Managing Member and Registered Agent
REM Cousins, LLC
c/o Charles B. Jimerson, Esq.
Jimerson & Cobb, P.A.
1 Independent Drive, Suite 1400
Jacksonville, Florida 32202

**Re: REM Cousins, LLC's default under License, dated May 17, 2010 and Gallery Restaurant Group, LLC's notice of exercise of rights**

Dear Mr. Monroy:

This letter is in follow up and confirmation of Hank Holbrook's letter to you of February 3, 2016. Our firm has been retained to represent Gallery Restaurant Group, LLC ("Gallery") as co-counsel with Mr. Holbrook. This letter is being sent to you in your capacity as managing member and registered agent of REM Cousins, LLC ("REM"). Please direct any communication regarding this letter to me at the address above with a copy of Mr. Holbrook.

Enclosed with this letter is a copy of the License entered on May 17, 2010, between and among Gallery, REM, Burrito Gallery & Bar, LLC ("Burrito Gallery"), Uptown Market & Deli, LLC, J. Paul Shockey, Eddie E. Escriba, Antonio Allegretti, Marco Monroy and Shawn Lednick (the "Agreement"). Pursuant to the terms of the Agreement, REM received a license from Burrito Gallery to use certain intellectual property, specifically the name "BGX" and the name "Burrito Gallery Express." In exchange for this license, REM agreed to pay 7% of its total gross monthly sales to Burrito Gallery.

In paragraph four of the Agreement, REM acknowledged Burrito Gallery's ownership of certain intellectual property. Specifically, the agreement recognizes that Burrito Gallery is the owner of, among other things, "[a]ny variation of the name 'Burrito Gallery'," "'BG' as an abbreviation for Burrito Gallery," "[t]he process used by Burrito Gallery to prepare the burritos itself," and "[Burrito Gallery's] menu items.

Paragraph 13 addresses the consequences of REM's default under the terms of the agreement. Paragraph 13 reads as follows:

> In the event of a default under the terms of this Agreement, Burrito Gallery has the right to revoke the license granted herein, in which event REM shall immediately cease using the name BGX and stop using Burrito Gallery Express or any similar name involving the words "Gallery", "Express" or any name designed to draw upon the goodwill of the Burrito Gallery's names. Further, in the event of a default on this Agreement, Marco Monroy and Eddy Escriba shall have the obligation to sell, and Gallery Restaurant Group, LLC shall have the right (but not the obligation) to purchase, Marco Monroy's and Eddy Escriba's interest in Gallery for book value determined as of January 15th of the year of the default. Eddy Escriba and Marco Monroy agree that, in the event of a default on this Agreement by either of them or by REM, or in the event of a claim by any party hereto, that either of them has breached a fiduciary duty as described in paragraph 5, then neither of them shall have any right to indemnification by Gallery or any other party.

Mr. Holbrook's letter previously advised REM of its multiple defaults and, in accordance with the Agreement, demanded that REM immediately cease and desist all uses of Burrito Gallery's intellectual property, including, but not limited to, the "Burrito Gallery," "Burrito Gallery Express," and "BGX" names, the process of food preparation and assembly and all menu items belonging to Burrito Gallery.

In addition to the multiple defaults listed in Mr. Holbrook's letter – namely, REM's attempt to register Burrito Gallery's mark with the United States patent and trademark office, REM's refusal to pay licensing fees pursuant to paragraph eight of the agreement, and REM's failure to comply with the financial reporting requirements of paragraph 11 – REM appears to have ignored the demand that REM immediately stop the use of Burrito Gallery's intellectual property and is continuing operations as usual. This refusal to recognize Burrito Gallery's rights gives rise to a separate and independent claim for damages and injunctive relief. Please be advised that Burrito Gallery intends to protect its intellectual property rights by all available legal means, including the institution of litigation against REM without further notice.

Please govern yourself accordingly.

Sincerely,

William E. Adams Jr.

WEA/dc

Enclosure

cc: Hank Holbrook, Esq.

GUNSTER
FLORIDA'S LAW FIRM FOR BUSINESS

Writer's Direct Telephone Number: (904) 350-7160
Writer's E-Mail Address: badams@gunster.com

February 10, 2016

**BY HAND DELIVERY**

Mr. Marco V. Monroy
c/o Charles B. Jimerson, Esq.
Jimerson & Cobb, P.A.
1 Independent Drive, Suite 1400
Jacksonville, Florida 32202

**Re: Marco V. Monroy's default under License, dated May 17, 2010 and Gallery Restaurant Group, LLC's notice of exercise of rights**

Dear Mr. Monroy:

Along with Hank Holbrook, our firm has been retained to represent Gallery Restaurant Group, LLC ("Gallery"). This letter is being sent to you in your individual capacity as a member of Gallery and as a party to that certain License entered on May 17, 2010, between and among Gallery, REM Cousins, LLC ("REM"), Burrito Gallery & Bar, LLC ("Burrito Gallery"), Uptown Market & Deli, LLC, J. Paul Shockey, Eddie E. Escriba, Antonio Allegretti, Marco Monroy and Shawn Lednick (the "Agreement"). Please direct any communication regarding this letter to me at the address above, with a copy to Mr. Holbrook.

For convenience, a copy of the Agreement is enclosed with this letter. As you will recall, the Agreement was entered after you and Mr. Escriba wrongfully opened the Burrito Gallery Express and began using the intellectual property of Burrito Gallery without consent. Rather than pursue litigation against you at that time, Gallery and Burrito Gallery agreed to extend a license to REM, granting it the right to use the "BGX" and "Burrito Gallery Express" names as well as the trade dress and menu items utilized by the Burrito Gallery restaurant. In exchange, you and REM made several promises to Gallery and Burrito Gallery regarding, among other things, the payment of royalties, the acknowledgment of Burrito Gallery's intellectual property rights, and the recognition of your fiduciary obligations to Gallery.

As explained in Hank Holbrook's February 3, 2016 letter to you, you have violated virtually every provision of the Agreement. REM has not paid the licensing royalties it owes, has not provided the required financial reporting, and, most recently, attempted to steal Burrito Gallery's intellectual property by attempting to register the name "Burrito Gallery" with the

United States Patent and Trademark Office. Though Mr. Holbrook's letter demanded that REM cease and desist all use of Burrito Gallery's marks, REM has refused.

Paragraph 13 of the Agreement addresses the consequences of defaults. Paragraph 13 reads as follows:

> In the event of a default under the terms of this Agreement, Burrito Gallery has the right to revoke the license granted herein, in which event REM shall immediately cease using the name BGX and stop using Burrito Gallery Express or any similar name involving the words "Gallery", "Express" or any name designed to draw upon the goodwill of the Burrito Gallery's names. Further, in the event of a default on this Agreement, **Marco Monroy** and Eddy Escriba **shall have the obligation to sell**, and Gallery Restaurant Group, LLC shall have the right (but not the obligation) to purchase, **Marco Monroy's** and Eddy Escriba's **interest in Gallery for book value determined as of January 1st of the year of the default**. Eddy Escriba and Marco Monroy agree that, in the event of a default on this Agreement by either of them or by REM, or in the event of a claim by any party hereto, that either of them has breached a fiduciary duty as described in paragraph 5, then neither of them shall have any right to indemnification by Gallery or any other party.

Mr. Holbrook's letter advised you of Gallery's intention to exercise its rights under paragraph 13 based on the multiple defaults and your repeated violations of your fiduciary obligations to Gallery. More specifically, the defaults you have committed include, but are not limited to:

1) your effort to extract funds from Burrito Gallery based on the improper and secretive registration of the "Burrito Gallery" name by REM, which constitutes a breach of your fiduciary obligation;

2) REM's registration of the "Burrito Gallery" name as its own mark;

3) REM's failure to pay licensing fees when due pursuant to paragraph eight of the Agreement;

3) REM's failure to comply financial reporting requirements of paragraph 11 of the Agreement;

4) REM's refusal to abide by the cease and desist demand contained in Mr. Holbrook's letter, which results in the continuing and unlicensed use of Burrito Gallery's intellectual property by Burrito Gallery Express.

The foregoing is not – and is not intended to be – an exclusive list of your defaults under the Agreement.

In accordance with its rights under the Agreement, Gallery hereby completes its purchase of your interest in Gallery. The book value of your interest in Gallery as of January 1, 2016 is $37,052.74; enclosed with this letter is a check in the amount of $74,105.48, which is double the amount you are entitled to receive under the Agreement. Effective immediately, you are no longer a member of Gallery, possess no ownership interest in Gallery, and are not authorized to undertake any action on behalf of Gallery or any of its subsidiaries.

Further, Gallery intends to pursue all available remedies against you for your multiple breaches of the Agreement. Gallery's exercise of its express rights under paragraph 13 of the agreement is not intended to and shall not constitute a waiver of its rights at equity or law in connection with the above described defaults or any other defaults that may exist.

Please govern yourself accordingly.

Sincerely,

William E. Adams Jr.

WEA/dc

Encloure

cc: Hank Holbrook, Esq.

GUNSTER
FLORIDA'S LAW FIRM FOR BUSINESS

Writer's Direct Telephone Number: (904) 350-7160
Writer's E-Mail Address: badams@gunster.com

February 10, 2016

**BY HAND DELIVERY**

Mr. Eddie E. Escriba
c/o Charles B. Jimerson, Esq.
Jimerson & Cobb, P.A.
1 Independent Drive, Suite 1400
Jacksonville, Florida 32202

**Re: Eddie E. Escriba's default under License, dated May 17, 2010 and Gallery Restaurant Group, LLC's notice of exercise of rights**

Dear Mr. Escriba:

Along with Hank Holbrook, our firm has been retained to represent Gallery Restaurant Group, LLC ("Gallery"). This letter is being sent to you in your individual capacity as a member of Gallery and as a party to that certain License entered on May 17, 2010, between and among Gallery, REM Cousins, LLC ("REM"), Burrito Gallery & Bar, LLC ("Burrito Gallery"), Uptown Market & Deli, LLC, J. Paul Shockey, Eddie E. Escriba, Antonio Allegretti, Marco Monroy and Shawn Lednick (the "Agreement"). Please direct any communication regarding this letter to me at the address above, with a copy to Mr. Holbrook.

For convenience, a copy of the Agreement is enclosed with this letter. As you will recall, the Agreement was entered after you and Mr. Monroy wrongfully opened the Burrito Gallery Express and began using the intellectual property of Burrito Gallery without consent. Rather than pursue litigation against you at that time, Gallery and Burrito Gallery agreed to extend a license to REM, granting it the right to use the "BGX" and "Burrito Gallery Express" names as well as the trade dress and menu items utilized by the Burrito Gallery restaurant. In exchange, you and REM made several promises to Gallery and Burrito Gallery regarding, among other things, the payment of royalties, the acknowledgment of Burrito Gallery's intellectual property rights, and the recognition of your fiduciary obligations to Gallery.

As explained in Hank Holbrook's February 3, 2016 letter to Mr. Monroy, which you received by copy, you have violated virtually every provision of the Agreement. REM has not paid the licensing royalties it owes, has not provided the required financial reporting, and, most recently, attempted to steal Burrito Gallery's intellectual property by attempting to register the name "Burrito Gallery" with the United States Patent and Trademark Office. Though Mr.

Holbrook's letter demanded that REM cease and desist all use of Burrito Gallery's marks, REM has refused.

Paragraph 13 of the Agreement addresses the consequences of defaults. Paragraph 13 reads as follows:

> In the event of a default under the terms of this Agreement, Burrito Gallery has the right to revoke the license granted herein, in which event REM shall immediately cease using the name BGX and stop using Burrito Gallery Express or any similar name involving the words "Gallery", "Express" or any name designed to draw upon the goodwill of the Burrito Gallery's names. Further, in the event of a default on this Agreement, Marco Monroy and **Eddy Escriba shall have the obligation to sell**, and Gallery Restaurant Group, LLC shall have the right (but not the obligation) to purchase, Marco Monroy's and **Eddy Escriba's interest in Gallery for book value determined as of January 1st of the year of the default**. Eddy Escriba and Marco Monroy agree that, in the event of a default on this Agreement by either of them or by REM, or in the event of a claim by any party hereto, that either of them has breached a fiduciary duty as described in paragraph 5, then neither of them shall have any right to indemnification by Gallery or any other party.

Mr. Holbrook's letter advised you of Gallery's intention to exercise its rights under paragraph 13 based on the multiple defaults and your repeated violations of your fiduciary obligations to Gallery. More specifically, the defaults you have committed include, but are not limited to:

1) your effort to force Burrito Gallery to buyout Oscar Rodas, along with the implied threat of further negotiations thereafter, based on the improper and secretive registration of the "Burrito Gallery" name by REM, which constitutes a breach of your fiduciary obligation;

2) REM's registration of the "Burrito Gallery" name as its own mark;

2) REM's failure to pay licensing fees when due pursuant to paragraph eight of the Agreement;

3) REM's failure to comply financial reporting requirements of paragraph 11 of the Agreement;

4) REM's refusal to abide by the cease and desist demand contained in Mr. Holbrook's letter, which results in the continuing and unlicensed use of Burrito Gallery's intellectual property by Burrito Gallery Express.

The foregoing is not – and is not intended to be – an exclusive list of your defaults under the Agreement.

In accordance with its rights under the Agreement, Gallery hereby completes its purchase of your interest in Gallery. The book value of your interest in Gallery as of January 1, 2016 is $37,052.74; enclosed with this letter is a check in the amount of $74,105.48, which is double the amount you are entitled to receive under the Agreement. Effective immediately, you are no longer a member of Gallery, possess no ownership interest in Gallery, and are not authorized to undertake any action on behalf of Gallery or any of its subsidiaries.

Further, Gallery intends to pursue all available remedies against you for your multiple breaches of the Agreement. Gallery's exercise of its express rights under paragraph 13 of the agreement is not intended to and shall not constitute a waiver of its rights at equity or law in connection with the above described defaults or any other defaults that may exist.

Please govern yourself accordingly.

Sincerely,

William E. Adams Jr.

WEA/dc

Enclosure

cc: Hank Holbrook, Esq.