AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GALLERY RESTAURANT GROUP, LLC and BURRITO GALLERY & BAR, LLC, each Florida limited liability companies;<br><br>*Plaintiff(s)*<br>v.<br>REM COUSINS, LLC, a Florida limited liability company; MARCO V. MONROY, an individual; EDDY E. ESCRIBA, an individual<br><br>*Defendant(s)* | Civil Action No. 3:16CV135-J-32PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* REM COUSINS, LLC, a Florida limited liability company
c/o Its Registered Agent
Marco V. Monroy
1421 N. Market Street
Jacksonville, Florida 32206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William E. Adams, Jr.
Megan E. Kelberman
Gunster, Yoakley & Stewart
225 Water Street, Suite 1750
Jacksonville, Florida 33202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/11/2016                                                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GALLERY RESTAURANT GROUP, LLC and BURRITO GALLERY & BAR, LLC, each Florida limited liability companies;<br><br>*Plaintiff(s)*<br>v.<br>REM COUSINS, LLC, a Florida limited liability company; MARCO V. MONROY, an individual; EDDY E. ESCRIBA, an individual<br>*Defendant(s)* | Civil Action No. 3:16CV135-J-32PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Marco V. Monroy, an individual
1421 N. Market Street
Jacksonville, Florida 32206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Adams, Jr.
Megan E. Kelberman
Gunster, Yoakley & Stewart
225 Water Street, Suite 1750
Jacksonville, Florida 33202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/11/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GALLERY RESTAURANT GROUP, LLC and BURRITO GALLERY & BAR, LLC, each Florida limited liability companies; <br><br> *Plaintiff(s)* <br> v. <br> REM COUSINS, LLC, a Florida limited liability company; MARCO V. MONROY, an individual; EDDY E. ESCRIBA, an individual <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16CV135-J-32PDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eddy E. Escriba, an individual
354 West 7th Street
Jacksonville, Florida 32206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Adams, Jr.
Megan E. Kelberman
Gunster, Yoakley & Stewart
225 Water Street, Suite 1750
Jacksonville, Florida 33202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/11/2016

*Signature of Clerk or Deputy Clerk*